**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **ANTONIO MARQUIS EUBANKS,** | )<br>) |
| Petitioner, | ) Case No. EDCV 15-1196 BRO (AJW)<br>) |
| v. | )<br>) ORDER ACCEPTING REPORT AND |
| **CHRISTIAN PFEIFFER,** | ) RECOMMENDATION OF<br>) MAGISTRATE JUDGE<br>) |
| Respondent. | ) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: August 17, 2017

_____
Beverly Reid O'Connell
United States District Judge