# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| ANTONIO MARQUIS EUBANKS, | Case No. EDCV 15-1196-BRO(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| CHRISTIAN PFEIFFER, | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: August 17, 2017

_____
Beverly Reid O'Connell
United States District Judge